IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>Plaintiff,<br><br>vs.<br><br>RTC WARDEN GRIEG GABLE, in their individual and official compacities; et al.,<br><br>Defendants. | **8:26CV210**<br><br>**ORDER** |
| AUSTIN EDWARD LIGHTFEATHER,<br><br>Plaintiff,<br><br>vs.<br><br>ELEZEBETH HICKMAN, PhD, LIMHP, LMHP, BS II, in her Individual compacity and official compacity; et al.,<br><br>Defendants. | **8:26CV83**<br><br>**ORDER** |
| AUSTIN EDWARD LIGHTFEATHER,<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT CORRECTIONAL STATE EMPLOYEES, et al.,<br><br>Defendants. | **8:26CV199**<br><br>**ORDER** |
| AUSTIN EDWARD LIGHTFEATHER,<br><br>Plaintiff,<br><br>vs. | **8:25CV713**<br><br>**ORDER** |

JOHNSON, Dr. Nebraska Departmant Correctional Services medical physican, in her individual compacity;  et al.,

Defendants.

The above captioned matters are before the Court on correspondence from Plaintiff dated May 29, 2026, and filed on June 4, 2026.  Filing No. 6, Case No. 8:26CV210; Filing No. 8, Case No. 8:26CV83; Filing No. 9, 8:26CV199; Filing No. 15, Case No. 8:25CV713.  In the letter, Plaintiff threatens to harm himself. While the issue is outside the scope of the claims raised in the complaint, it is concerning enough that the warden of Plaintiff's facility should be alerted.

IT IS THEREFORE ORDERED that:

1.    The Clerk of Court is directed to send a copy of Filing No. 6, Case No. 8:26CV210, via e-mail to Reception and Treatment Center Warden Craig D. Gable.

2.    Warden Craig D. Gable is directed to acknowledge receipt of Plaintiff's letter to the Court, but he is not otherwise required to respond.

Dated this 10th day of June, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2